STATE v. OSCAR DOUGLAS (ALIAS JACK PEE).

(Filed 24 September, 1947.)

**Criminal Law § 80b (4)—**

> Where defendant fails to serve case on appeal within the time allowed, the motion of the Attorney-General to docket and dismiss will be granted, but where defendant has been convicted of a capital offense this will be done only after examination of the record proper fails to disclose error.

APPEAL by defendant from *Sink, J.,* at March Term, 1947, of DAVIE.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*
*No counsel for defendant.*

PER CURIAM.   The defendant was convicted of rape.   Sentence of death by asphyxiation was imposed.   Defendant gave notice of appeal. No case on appeal has been served.   The time for serving case on appeal has expired and no extension of the time for serving such case has been granted.

The Attorney-General moves to docket and dismiss the appeal.   The motion must be allowed, but, according to the rule of the Court in capital cases, we have examined the record to see if any error appears.   No error is disclosed by the record.   *S. v. Watson,* 208 N. C., 70, 179 S. E., 455.

Judgment affirmed.
Appeal dismissed.